Case Name: RIVERWEST DEVELOPMENT GROUP, INC.
Case No:   05 B 71794

## CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 4/23/07                    WILLIAM T. NEARY
                                  United States Trustee, Region 11


                                BY:    ____/s/_____
                                          CAROLE J. RYZEK
                                          Attorney for the  U.S. Trustee