## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>RIVERWEST DEVELOPMENT GROUP, INC.<br><br><br>Social Security/Employer Tax ID Number:<br>36-4367447<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 05-71794 MB<br><br>HONORABLE MANUEL BARBOSA |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **MAY 16, 2007** at __9:30__ a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 1,548.50 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 6,153.68 | |

| | | |
|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 81.54 |

4. The Trustee's Final Report shows total:

    a. Receipts      $      58,073.66

    b. Disbursements      $      1,500.00

    c. Net Cash Available for Distribution      $      56,573.66

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $250.00, which leaves a total amount of $48,539.94, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $516,381.64.

6. The debtor has not been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

    4/23/07                         s/s Joseph D. Olsen
DATE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: cshabez              Page 1 of 2            Date Rcvd: Apr 24, 2007
Case: 05-71794                 Form ID: pdf002            Total Served: 46


The following entities were served by first class mail on Apr 26, 2007.
dbpos       +Riverwest Development Group, Inc.,    725 Edward Street,    Sycamore, Il 60178-2010
aty         +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty         +John S Biallas,    John S. Biallas, Attorney At Law,    3N918 Sunrise Lane,
              St Charles, IL 60174-5081
aty         +Lawrence A. Stein,    Huck Bouma PC,    1755 South Naperville Road,    Wheaton, IL 60187-8144
tr          +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
9173789     +American Flooring, inc.,    216 West State Street,    Sycamore, Illinois 60178-1492
9173774     +Anderson Plumbing & Heating,    c/o Atty. Dennis R. Hewitt,    1124 Lincoln Highway,
              Rochelle, Illinois 61068-1517
9173796     +Attorney Richard M. Kates,    155 North Michigan Avenue,    Suite 700,
              Chicago, Illinois 60601-7511
9173784     +Big John Portable Toilet Rentals,    2508 North Maryland Road,    Polo, Illinois 61064-9212
9173770     +Blackhawk Lumber, Inc.,    800 East Washington Street,    Oregon, Illinois 61061-8504
9173780     +Bocker Door,    2920 Honeycreek Road,    Chana, Illinois 61015-9608
9173771     +Brothers Flooring / KAG Enterprises,    c/o ATTY. William R. Shirk,    301 East Main Street,
              Morrison, Illinois 61270-2852
9173761     +Castle Bank N.A.,    141 West Lincoln Highway,    DeKalb, Illinois 60115-3699,
              ATTN: Dave Conlin - V.P.
9435148     +Com Ed,    2100 Swift Dr.,    Attn: Bankruptcy Section / Revenue Manag,    Oakbrook , IL 60523-1559
9173777      ComEd,    Bill Payment Center,    Chicago, Illinois 60668-0001
9173786     +Dixon Glass Company,    414 West 1st Street,    Dixon, Illinois 61021-2949
9173781     +Ehmen Industries, Inc.,    704 East Washington Street,    Oregon, Illinois 61061-9644
9173785     +Farley's Appliance,    1245 North Galena Avenue,    Dixon, Illinois 61021-1001
9173763     +First National Bank of Brookfield,    9136 Washington Avenue,    Brookfield, Illinois 60513-1346,
              ATTN: Jan L. Schultz, President
9173762      German American State Bank,    100 Church Street,    German Valley, Illinois 61039,
              ATTN: James Schneiderman, President
9173772     +Hardwood Floors & More,    711 North Brinton Avenue,    Dixon, Illinois 61021-1609
9173765     +Henson Electric, Inc.,    10707 Flory Rd,    Lanark, Illinois 61046-8900
9173788     +Herbig Blacktop Construction, inc.,    P.O. Box 934,    Byron, Illinois 61010-0934
9173778     +K & V Hardwood Moulding,    1304 - 13th Street,    Rockford, Illinois 61104-5056
9173764      Kessen Excavating, Inc.,    8th Avenue & 20th Street,    Rochelle, Illinois 61068
9173791     +Land Vision, Inc.,    116 West Main Street, #208,    St. Charles, Illinois 60174-1854
9173793     +Larry C. Thomas,    725 Edward Street,    Sycamore, Illinois 60178-2010
9173787     +Lois Bishop,    705 Adams Street,    Oregon, Illinois 61061-1919
9173766     +Lowe Heating & Air Conditioning,    Main Street,    Sycamore, Illinois 60178
9465220     +Martin Bielaski,    c/o Fearer,Nye and Chadwick,    420 4th Avenue,    Rochelle, IL 61068-1640
10087591    +Martin Bielski,    c/o Kenneth Ritz,    728 N Court St,    Rockford IL 61103-6922
9173792     +McCanse Builders, Inc.,    105 South Daysville Road,    Oregon, Illinois 61061-9701
10544409    +Midwest Verizon Wireless/AFNI,    404 Brock Dr,    Bloomington IL 61701-2654
9173794     +Mr. Brad Waller,    Attorney At Law,    555 Bethany Rd,    DeKalb, Il 60115-4941
9173776     +NiCor Gas,    P.O. Box 200,    Aurora, Illinois 60507-0200
10790933    +Office of the United States Trustee,    780 Regent Street, Suite 304,    Madison, WI 53715-2635
9173769     +Pella Products, Inc.,    4301 11th Street,    Rockford, Illinois 61109-3027
9173768     +Richardson Electric,    P.O. Box 45,    Genoa, Illinois 60135-0045
9173790     +Rockford Insulation,    6850 North Alpine Road,    Loves Park, Illinois 61111-4359
9173783     +ServiceMaster Disaster Services,    25 West North Avenue,    Villa Park, Illinois 60181-1249
9173795     +Steven S. Schmelze,    Attorney At Law,    208 W. Stephenson Street,    Freeport, Il 61032-4325
9173782      Stockbridge Architects, P.C.,    295 South Main Street,    Burlington, Illinois 60109
9173767     +Thomas Plumbing & Heating,    S 2973 Rocky Hollow Road,    Chana, Illinois 61015-9740
9173773     +Travis Landscaping,    513 South Daysville Road,    Oregon, Illinois 61061-9703
9173775     +Tucker Painting,    P.O. Box 22,    Dixon, Illinois 61021-0022
9173779     +Wheaton Associates,    PO box 884,    Wheaton, Il 60189-0884

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Bradley J Waller
r            Carla Benesh
acc          Paul E King
9172386      Castle Bank N.A.141 West Lincoln HighwayDeKalb,
aty*        +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                                            TOTALS: 4, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: cshabez           Page 2 of 2              Date Rcvd: Apr 24, 2007
Case: 05-71794                Form ID: pdf002         Total Served: 46

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 26, 2007**                **Signature:**   /s/ Joseph Speetjens