**JPMorganChase** ○

March 01, 2007 through March 30, 2007
Primary Account: **000312975160565**

# IMAGES

ACCOUNT # 000312975160566





008370679802 MAR 26 #0000000101 $1,500.00



008370679802 MAR 26 #0000000101 $1,500.00

Exhibit "A"

**JPMorganChase**

June 30, 2007 through July 31, 2007
Primary Account: **000312975160565**

| IMAGES | ACCOUNT # 000312975160566 |
|---|---|




009170902717 JUL 23 #0000000102 $250.00



009170902717 JUL 23 #0000000102 $250.00



008570202134 JUL 24 #0000000103 $1,548.50

008570202134 JUL 24 #0000000103 $1,548.50

JPMorganChase ●

June 30, 2007 through July 31, 2007
Primary Account: **000312975160565**

ACCOUNT # 000312975160566



008570202133 JUL 24 #0000000104 $6,153.68



008570202133 JUL 24 #0000000104 $6,153.68



008570202135 JUL 24 #0000000105 $81.54



008570202135 JUL 24 #0000000105 $81.54

**JPMorganChase** ⬤



098670091426 JUL 18 #0000000106 $338.61



098670091426 JUL 18 #0000000106 $338.61



097870184671 JUL 18 #0000000107 $201.63



097870184671 JUL 18 #0000000107 $201.63

## JPMorganChase ⬤




098670448180 JUL 17 #0000000108 $1,139.47



098670448180 JUL 17 #0000000108 $1,139.47



098870638932 JUL 16 #0000000109 $2,652.21



098870638932 JUL 16 #0000000109 $2,652.21

**JPMorganChase** ⬤

June 30, 2007 through July 31, 2007
Primary Account: **000312975160565**

ACCOUNT # 000312975160566



097870256805 JUL 18 #0000000110 $7,923.38



097870256805 JUL 18 #0000000110 $7,923.38



106070283307 JUL 23 #0000000111 $106.54



106070283307 JUL 23 #0000000111 $106.54

**JPMorganChase O**

June 30, 2007 through July 31, 2007

Primary Account: **000312975160565**

ACCOUNT # 000312975160566





097870256165 JUL 18 #0000000112 $543.72



097870256165 JUL 18 #0000000112 $543.72



008570517716 JUL 18 #0000000113 $4,197.93



008570517716 JUL 18 #0000000113 $4,197.93

**JPMorganChase** ○

August 01, 2007 through August 31, 2007
Primary Account: **000312975160565**

**IMAGES**

ACCOUNT # 000312975160566

008770847618 AUG 17 #0000000114 $32.82

8770847618

008770847618 AUG 17 #0000000114 $32.82

TOTAL P.03

**JPMorganChase** ⬤

June 30, 2007 through July 31, 2007
Primary Account: **000312975160565**

ACCOUNT # 000312975160566



098470632985 JUL 16 #0000000115 $3,592.00



098470632985 JUL 16 #0000000115 $3,592.00



008570516763 JUL 18 #0000000116 $485.31

008570516763 JUL 18 #0000000116 $485.31

# JPMorganChase

June 30, 2007 through July 31, 2007
Primary Account: **000312975160565**

ACCOUNT # 000312975160566





098770130434 JUL 18 #0000000117 $739.81



098770130434 JUL 18 #0000000117 $739.81



008570508609 JUL 18 #0000000118 $26,755.42



008570508609 JUL 18 #0000000118 $26,755.42